UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON RANSOM,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA DEPT. OF<br>FAIR EMPLOYMENT AND HOUSING,<br>et al.,<br><br>        Defendants. | No. 2:17-cv-1438 MCE CKD (PS)<br><br><br>FINDINGS & RECOMMENDATIONS |

On August 24, 2017, the court ordered plaintiff to submit, within fourteen days, either a completed application to proceed in forma pauperis or the filing fee for this action. Plaintiff was advised that failure to comply with this order would result in dismissal of this action. The two-week period has passed, and plaintiff has not filed a completed IFP application or paid the filing fee. .

Accordingly, IT IS HEREBY RECOMMENDED that the above-entitled action be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

"Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within seven days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  September 13, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 ransom1438.noifp_fr